UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JESSICA LAUREN BROWN, ) | |
| ) | Case No. 1:16-cv-364 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Susan K. Lee |
| COMCAST, INC., ) | |
| ) | |
| *Defendant*. ) | |

**ORDER**

On February 13, 2017, the parties filed a proposed agreed order of dismissal, signed by counsel for Plaintiff and counsel for Defendant. (Doc. 24.) Because the proposed agreed order is signed by all parties who have appeared, the Court will **CONSTRUE** the proposed agreed order as a valid stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**